## Bailey *v*. Susquehanna River & Western Railroad Company, Appellant.

OPINION BY HENDERSON, J., May 12, 1910:

This case was argued with the case of Jacob S. Hoffman v. the same defendants and involves the same questions. An opinion has been this day filed affirming the decree of the court below in the last-named case and for the reasons given therein the assignments in this case are overruled and the decree affirmed at the cost of the appellants.

---

## Baker *v*. Susquehanna River & Western Railroad Company, Appellant.

OPINION BY HENDERSON, J., May 12, 1910:

This case was argued with the case of Jacob S. Hoffman v. the same defendants and involves the same questions. An opinion has been this day filed affirming the decree of the court below in the last-named case and for the reasons given therein the assignments in this case are overruled and the decree affirmed at the cost of the appellants.

---

## Clement *v*. Adams Express Company, Appellant.

*Negligence—Animals—Dogs—Driving over dog.*

1. If a person driving a wagon in a reasonable and proper manner along a city street or a country road, is confronted by a dog, he is under no obligation to stop until the dog gets out of the way, or to get out of the vehicle and try to remove the dog from the street, or to drive out of the way to avoid the dog. In such a case the driver may take into consideration the alertness and agility of the dog and assume